IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02003-WYD-MJW

PAMELA J. STONEY,

Plaintiff(s),

v.

CINGULAR WIRELESS L.L.C.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 21) is GRANTED. The written Stipulated Protective Order is APPROVED as amended in paragraph 6 and made an Order of Court.

Date: April 9, 2007