IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02003-WYD-MJW

PAMELA J. STONEY,

Plaintiff(s),

v.

CINGULAR WIRELESS L.L.C.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Reschedule Settlement Conference and Amend Scheduling Order, DN 25, filed with the Court on April 20, 2007, is GRANTED as follows:

a. The Settlement Conference set on May 1, 2007, at 10:00 a.m., is VACATED and RESET on June 6, 2007, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their confidential settlement statements to watanabe_chambers@cod.uscourts.gov five business days prior to the settlement conference date.

b. The discovery deadline is extended up to and including August 10, 2007;

c. The deadline to serve all written discovery is extended up to and including July 6, 2007; and,

d. The dispositive motions deadline is extended up to and including September 10, 2007.

Date:  April 23, 2007