IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02003-WYD-KLM

PAMELA J.  STONEY,

    Plaintiff(s),

v.

CINGULAR WIRELESS LLC,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on the parties' Second Joint Motion to Amend Scheduling Order (Docket No. **45,** Filed August 11, 2007) ("the motion").

IT IS HEREBY **ORDERED** that the motion is **GRANTED.**

IT IS FURTHER **ORDERED**   that the following deadlines are extended:

    <u>Discovery Cut-off Deadline</u>
    is extended to **October 22, 2007.**

    <u>Deadline for Defendant to make its disclosures under Rule 26(a)(2)</u>
    <u> Regarding  Mr. Jory Laine</u> is extended  to   and including
    **September 15, 2007.**

    <u>Dispositive Motions Deadline</u>
    is extended  to **November 21, 2007.**

IT IS FURTHER **ORDERED**   that the Scheduling Order is amended consistent with this Minute Order.  No further extensions of time will be permitted.

Dated:  August 21, 2007