IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02003-WYD-KLM

PAMELA J. STONEY,

    Plaintiff,

v.

CINGULAR WIRELESS L.L.C., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Five Page Enlargement of the Page Limitation for Defendant's Reply Brief in Support of Its Motion for Summary Judgment, filed March 19, 2008, is **GRANTED.** Defendant may file a Reply Brief not to exceed fifteen pages in length (exclusive of the factual sections) in support of its Motion for Summary Judgment.

    Dated: March 19, 2008