IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02003-WYD-KLM

PAMELA J. STONEY,

 Plaintiff,

v.

CINGULAR WIRELESS L.L.C., a Delaware corporation,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

 Plaintiff's Unopposed Motion for Leave to File Surreply Brief out of Time (filed June 9, 2008) is **GRANTED**. Plaintiff's Surreply Brief (doc. # 113) is accepted for filing.

 Dated: June 9, 2008