IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02003-WYD-KLM

PAMELA J. STONEY,

    Plaintiff,

v.

CINGULAR WIRELESS L.L.C., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of Defendant's Notice of Withdrawal of Motion for Award of Costs, the Motion for Award of Costs (Doc. # 121) shall be **DENIED AS MOOT**.

    Dated: October 17, 2008