IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02003-WYD-KLM

PAMELA J. STONEY,

    Plaintiff,

v.

CINGULAR WIRELESS L.L.C., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Opposed Motion for Permission to File Surreply in Opposition to Plaintiff's Motion for Reconsideration [Doc. # 131] is **GRANTED**. Defendant shall file its surreply (not to exceed **five (5) pages** in length) by **Thursday, December 18, 2008**.

    Dated: December 9, 2008.