IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02003-WYD-KLM

PAMELA J. STONEY,

    Plaintiff,

v.

CINGULAR WIRELESS L.L.C., a Delaware corporation,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion for Leave to File Surrebuttal Brief in Support of Motion for Reconsideration [doc. #136] is **GRANTED.** The Surrebuttal Brief shall be filed within ten (10) calendar days of this Order, or by **Friday, January 23, 2009.** No further briefing will be allowed in connection with the Motion for Reconsideration.

    Dated: January 13, 2009.